No. 93–8123.  LIMONES *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–8124.  NUNEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–8129.  PINKETT *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–8130.  RIVERA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 93–8137.  ANGULO-LOPEZ *v.* UNITED STATES; and BARBER *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–8140.  TANTALO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 93–8143.  HUTCHINSON *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 93–8144.  SERHAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–8145.  WOODWARD *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–8146.  VINCENT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–8149.  CASTANEDA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–8158.  DEWITT *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 93–8160.  BUCKSA *v.* FEDERAL BUREAU OF INVESTIGATION.  C. A. 8th Cir.  Certiorari denied.

No. 93–8162.  GRANT *v.* VAUGHN, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–8163.  JOLIVET *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.